IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 3:04-CR-102 |
| V. ) | (JARVIS/GUYTON) |
| ) | |
| JOSE RUIZ ALEJANDRO LOPEZ, ) | |
| a/k/a ALEXANDRO RUIZ LOPEZ, ) | |
| ) | |
| Defendant. ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

A Report and Recommendation relative to the fee request of attorney Ursula Bailey has been forwarded to the undersigned recommending that this case be certified as "extended", under the applicable regulations for payment of appointed counsel. Attorney Bailey was appointed as counsel for the defendant Jose Ruiz Alejandro Lopez pursuant to the Criminal Justice Act (18 U.S.C. § 3006A).

The Court agrees with the Report and Recommendation and hereby **ADOPTS** the same. This Order Adopting The Report and Recommendation, along with a copy of the Report and Recommendation approved by the undersigned, shall be forwarded to the United States Court of Appeals for the Sixth Circuit, to the attention of the Chief Judge of the Circuit of his designee.

**IT IS SO ORDERED.**

ENTER:

    s/ James H. Jarvis
United States District Judge